FILED
 2009 Aug-11  PM 04:01
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### JASPER DIVISION

| | |
|---|---|
| **ROY KENNETH HENLEY,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 6:08-cv-1508-CLS |
| ) | |
| **DEPARTMENT OF** ) | |
| **CORRECTIONS, et. al.,** ) | |
| ) | |
|     **Defendants.** ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 25, 2009, recommending that this action, filed pursuant to 42 U.S.C. § 1983, be dismissed as premature pursuant to 28 U.S.C. § 1915A(b)(1). On April 8, 2008 the court extended the plaintiff's time to file objections until May 26, 2009. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

DONE this 11th day of August, 2009.

                                                /s/ Lynwood Smith
                                                United States District Judge